## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
David Nieporent
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Marta Hanyzkiewicz, on behalf of herself and all others similarly situated, | |
| Plaintiff, | DOCKET NO. 22-cv-7085 (MKB) (VMS) |
| - vs. – | |
| Atelier Fashion, Inc., | **NOTICE OF APPEARANCE** |
| Defendant. | |

NOW COMES attorney David Nieporent, Esq., and enters his appearance in this matter on behalf of defendant Atelier Fashion, Inc.

Dated:  March 29, 2023

_____
David Nieporent
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444
(212) 836-9595 (Fax)

Attorneys for Defendant